IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAUSE OF ACTION INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-01020-RDM |
| | ) | |
| UNITED STATES DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Cause of Action Institute ("Plaintiff") and Defendant United States Department of the Army ("Defendant"), by and through undersigned counsel, respectfully submit this joint proposed schedule. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves a FOIA request seeking email communications concerning requests and confirmations of video teleconferences and conference calls arranged by the military for the Executive Office of the President. Pursuant to the Court's September 13, 2016 Minute Order, the parties have conferred for the purpose of providing a joint proposed processing schedule.

1. Defendant has located approximately 50,000 potentially responsive records (e-mails). The parties agree that Defendant will seek to process 1,500 of these records every six weeks. The parties recognize that the instant FOIA request implicates communications between different entities within the Government, and those entities will need to conduct their own review of any responsive records. Accordingly, as it is unknown how long these consultations may last,

the parties agree that consultations or referrals to other Government entities could delay certain records from being produced to Plaintiff in every six-week production period.

2. Defendant has identified July 2016 as the cut-off date for its search. Thus, the 50,000 potentially responsive records cover the time period of January 2015 to July 2016. The parties continue to confer about possibly narrowing this time frame in order to speed-up final production, but no final agreement has been reached.

3. The parties propose that the rolling production schedule, whereby Defendant will produce to Plaintiff responsive, non-exempt records every six weeks, excluding those records that have been referred or sent for consultation with another Government entity, begin on November 14, 2016, and continue thereafter on an ongoing basis. Defendant further agrees to provide Plaintiff a letter at the time of each scheduled production, which may be via e-mail, stating the number of records processed since the previous production, along with the number of records subject to pending referrals or consultations.

4. The parties further propose filing Joint Status Reports every 90 days, informing the Court as to the status of document processing and production, which will include the number of records processed by Defendant during the 90 day period. The first such Joint Status Report will be filed January 13, 2016, and thereafter on an ongoing basis every 90 days.

5. Given the large number of emails retrieved in response to Plaintiff's FOIA request, the parties agree to confer following initial document productions and discuss potentially narrowing Plaintiff's request.

6. The parties disagree as to one aspect of the processing schedule.

   a. Plaintiff requests that Defendant be required to identify the government agencies, components, or offices with which it is consulting or to whom it is

referring records for direct response to Plaintiff.  As a matter of law, such information should be provided for referred records "unless exempt information would be revealed."  32 C.F.R. § 286.4(i)(1); *see also* Dep't of Justice, "Referrals, Consultations, and Coordination: Procedures for Processing Records When Another Agency or Entity Has an Interest in Them" (Aug 15, 2014), *available at* https://www.justice.gov/oip/blog/foia-guidance-13 ("By identifying the agencies to which referrals were directed . . . the requester will be able to readily match the document released as a result of the referral with the original request.").  The Department of Justice also suggests that the "identity of the entity which is being *consulted* can be provided to the requester."  *Id.* (emphasis added).  Further, requiring Defendant to disclose this information as matter of transparency would not be an administrative burden and could assist Plaintiff in possibly narrowing the scope of its FOIA request.

b. Defendant contends that FOIA does not entitle requesters to administrative routing information as the FOIA review is ongoing.  Further, the referrals and consultations required will be dependent on the equities within each individual responsive document.  Moreover, referral information would not be of assistance to Plaintiff because Plaintiff will likely receive redacted versions of responsive documents and will have the ability to refine its request to retrieve a narrowed universe of documents more targeted to what it is actually seeking.  Finally, the regulation cited by Plaintiff, 32 C.F.R. § 286.4(i)(1), concerns instances in which "a DoD Component receives a request for records

originated by another DoD Component," and when concurrence is obtained to "refer the request." That specific situation is distinct from the issues raised in this case.

Respectfully submitted this 13th day of October, 2016.

| | |
|---|---|
| */s/ Ryan P. Mulvey* | BENJAMIN C. MIZER |
| Julie Smith | Principal Deputy Assistant Attorney General |
| D.C. Bar No. 435292 | |
| Lee A. Steven | JOHN R. GRIFFITHS |
| D.C. Bar No. 468543 | Director, Federal Programs Branch |
| Ryan P. Mulvey | |
| D.C. Bar No. 1024362 | ELIZABETH J. SHAPIRO |
| | Deputy Director, Federal Programs Branch |
| CAUSE OF ACTION INSTITUTE | |
| 1875 Eye Street, N.W., Ste. 800 | _/s/ Michael L. Drezner_____ |
| Washington, D.C. 20006 | MICHAEL L. DREZNER (VA Bar No. 83836) |
| Telephone: (202) 499-4232 | Trial Attorney |
| Facsimile: (202) 330-5842 | United States Department of Justice |
| julie.smith@causeofaction.org | Civil Division, Federal Programs Branch |
| lee.steven@causeofaction.org | 20 Massachusetts Avenue, N.W.  Room 7310 |
| ryan.mulvey@causeofaction.org | Washington, D.C. 20530 |
| | Tel: (202) 514-4505 |
| *Counsel for Plaintiff* | Fax: (202) 616-8470 |
| | Email: Michael.L.Drezner@usdoj.gov |
| | |
| | Attorney for Defendant. |