IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-01020 (RDM) |
| ) | |
| U.S. DEPARTMENT OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Cause of Action Institute hereby cross-moves for summary judgment on the ground that there is no genuine issue of disputed material fact and Plaintiff is entitled to judgment as a matter of law.

In support of its motion, and in opposition to Defendant Department of the Army's motion for summary judgment, CoA Institute submits the attached Memorandum of Points and Authorities; Statement of Undisputed Material Facts; Response to Defendant's Statement of Undisputed Material Facts; Declaration of Ryan P. Mulvey; and Proposed Order.

Dated: July 9, 2018

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Lee A. Steven
D.C. Bar No. 468543

CAUSE OF ACTION INSTITUTE
1875 Eye Street, N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
ryan.mulvey@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff CoA Institute*