**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CAUSE OF ACTION INSTITUTE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-01020 (RDM) |
| U.S. DEPARTMENT OF THE ARMY, | ) ) ) | |
| Defendant. | ) ) | |

## **DECLARATION OF RYAN P. MULVEY**

I, Ryan P. Mulvey, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I am Counsel at Cause of Action Institute ("CoA Institute"). My responsibilities include working on matters involving the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I represent Plaintiff CoA Institute in this lawsuit.

2. I submit this declaration in support of CoA Institute's cross-motion for summary judgment and in opposition to Defendant Department of the Army's motion for summary judgment. The statements in this declaration are based upon knowledge that I have acquired in the performance of my official duties, information provided to me in my official capacity by other CoA Institute personnel, and my first-hand experience reviewing and analyzing relevant records obtained and maintained by CoA Institute during the ordinary course of business.

3. This declaration describes publicly available records that reflect official Department of Defense ("DOD") policy for the withholding of personally identifying information under the FOIA and its exemptions, including Exemption 6, which is at issue in this lawsuit.

4. Specifically, by memorandum, dated November 9, 2001, DOD established new guidelines for the release of personally identifying information—including names and email

addresses—because of the "increased risks to US military and civilian personnel" following the terrorist attacks of September 11, 2001.  *See* Ex. 1.

5. The foregoing policy memorandum, and an accompanying memorandum on "operations security," dated October 18, 2001, *see* Ex. 2, is available to view and download at the website of the DOD FOIA Office.  *See DoD FOIA Policy Guidance*, Dep't of Def., http://bit.ly/2tpPUgv (last visited July 9, 2018) (providing link to "DA&M Memo, November 9, 2001 Withholding Personally Identifying Information Under the Freedom of Information Act (FOIA)").  A true and accurate screenshot of the DOD FOIA Office's electronic reading room for FOIA policy guidance is attached hereto as Exhibit 3.

6. I obtained the November 9, 2001 DOD memorandum from the official DOD source identified above.  *See supra* ¶ 5.

7. I have reviewed the DOD FOIA Office website and I have not found any other guidance on the application of Exemption 6 aside from the November 9, 2001 DOD memorandum and DOD's departmental FOIA manual.  *See* Dep't of Def. Freedom of Info. Act (FOIA) Program (DoD Manual 5400.07) (effective Jan. 25, 2017), *available at* http://bit.ly/2tTjPiu.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ryan P. Mulvey*
_____
Ryan P. Mulvey

Executed this 9th day of July, 2018.

# EXHIBIT 1




**OFFICE OF THE SECRETARY OF DEFENSE**
1950 DEFENSE PENTAGON
WASHINGTON, DC 20301-1950

ADMINISTRATION &
MANAGEMENT

**November 9, 2001**

Ref: 01-CORR-101

MEMORANDUM FOR DOD FOIA OFFICES

SUBJECT:   Withholding of Personally Identifying Information Under the Freedom of Information Act (FOIA)

   The President has declared a national emergency by reason of the terrorist attacks on the United States. In the attached memorandum, the Deputy Secretary of Defense emphasizes the responsibilities all DoD personnel have towards operations security and the increased risks to US military and civilian personnel, DoD operational capabilities, facilities and resources. All Department of Defense personnel should have a heightened security awareness concerning their day-to-day duties and recognition that the increased security posture will remain a fact of life for an indefinite period of time.

   This change in our security posture has implications for the Defense Department's policies implementing the Freedom of Information Act (FOIA). Presently all DoD components withhold, under 5 USC § 552(b)(3), the personally identifying information (name, rank, duty address, official title, and information regarding the person's pay) of military and civilian personnel who are assigned overseas, on board ship, or to sensitive or routinely deployable units. Names and other information regarding DoD personnel who did not meet these criteria have been routinely released when requested under the FOIA. Now, since DoD personnel are at increased risk regardless of their duties or assignment to such a unit, release of names and other personal information must be more carefully scrutinized and limited.

   I have therefore determined this policy requires revision. Effective immediately, personally identifying information (to include lists of e-mail addresses) in the categories listed below must be carefully considered and the interests supporting withholding of the information given more serious weight in the analysis. This information may be found to be exempt under 5 USC § 552(b)(6) because of the heightened interest in the personal privacy of DoD personnel that is concurrent with the increased security awareness demanded in times of national emergency.

- <u>Lists of personally identifying information of DoD personnel</u>: All DoD components shall ordinarily withhold lists of names and other personally identifying information of personnel currently or recently assigned within a particular component, unit, organization or office with the Department of Defense in response to requests under the FOIA. This is to include active duty military personnel, civilian employees, contractors, members of the National Guard and Reserves, military dependents, and Coast Guard personnel when the Coast Guard is operating as a service in the Navy. If a particular request does not raise

security or privacy concerns, names may be released as, for example, a list of attendees at a meeting held more than 25 years ago. Particular care shall be taken prior to any decision to release a list of names in any electronic format.

- Verification of status of named individuals: DoD components may determine that release of personal identifying information about an individual is appropriate only if the release would not raise security or privacy concerns and has been routinely released to the public.

- Names in documents that don't fall into any of the preceding categories: Ordinarily names of DoD personnel, other than lists of names, mentioned in documents that are releasable under the FOIA should not be withheld, but in special circumstances where the release of a particular name would raise substantial security or privacy concerns, such a name may be withheld.

When processing a FOIA request, a DoD component may determine that exemption (b)(6) does not fully protect the component's or an individual's interests. In this case, please contact Mr. Jim Hogan, Directorate of Freedom of Information and Security Review, at (703) 697-4026, or DSN 227-4026.

This policy does not preclude a DoD component's discretionary release of names and duty information of personnel who, by the nature of their position and duties, frequently interact with the public, such as flag/general officers, public affairs officers, or other personnel designated as official command spokespersons.

*Cooke*

D. O. Cooke
Director


Attachment:
As stated

# EXHIBIT 2



DEPUTY SECRETARY OF DEFENSE
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

18 OCT 2001

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
CHAIRMAN OF THE JOINT CHIEFS OF STAFF
UNDER SECRETARIES OF DEFENSE
DIRECTOR, DEFENSE RESEARCH AND ENGINEERING
ASSISTANT SECRETARIES OF DEFENSE
GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
DIRECTOR, OPERATIONAL TEST AND EVALUATION
ASSISTANTS TO THE SECRETARY OF DEFENSE
DIRECTOR, NET ASSESSMENT
DIRECTORS OF THE DEFENSE AGENCIES
DIRECTOR OF THE DOD FIELD ACTIVITIES

SUBJECT: Operations Security Throughout the Department of Defense

On 14 September the President declared a national emergency by reason of terrorist attacks and the continuing and immediate threat of further attacks on the United States. As this Department assists wide-ranging efforts to defeat international terrorism, it is clear that US military and civilian service lives, DOD operational capabilities, facilities and resources, and the security of information critical to the national security will remain at risk for an indefinite period.

It is therefore vital that Defense Department employees, as well as persons in other organizations that support DOD, exercise *great* caution in discussing information related to DOD work, regardless of their duties. Do not conduct *any* work-related conversations in common areas, public places, while commuting, or over unsecured electronic circuits. Classified information may be discussed *only* in authorized spaces and with persons having a specific need to know and the proper security clearance. Unclassified information may likewise require protection because it can often be compiled to reveal sensitive conclusions. Much of the information we use to conduct DOD's operations must be withheld from public release because of its sensitivity. If in doubt, do not release or discuss official information except with other DoD personnel.

All major components in this Department to include the Office of the Secretary of Defense, the Military Departments, the Joint Staff, the Combatant Commands, the Defense Agencies, the DOD Field Activities and all other organizational entities within the DOD will review the Operations Security (OPSEC) Program, described in DOD Directive 5205.2, and ensure that their policies, procedures and personnel are in compliance. We must ensure that we deny our adversaries the information essential for them to plan, prepare or conduct further terrorist or related hostile operations against the United States and this Department.

Paul Wolfowitz

U17477 /01

# EXHIBIT 3



# DOD OPEN GOVERNMENT
## U.S. DEPARTMENT OF DEFENSE

Search DOD Open Government

| HOME | OPEN GOVERNMENT @ DOD | TRANSPARENCY | REGULATORY PROGRAM | INITIATIVES | CONTACT US |

## DoD FOIA Policy Guidance

A DoD FOIA Help Desk has been established All DoD components may call with FOIA policy questions from **9:00 a.m. - 4:00 p.m. EST**. The number is **571-372-0462**.

**DoD Manual 5400.07** DoD Freedom of Information Act (FOIA) Program (January 25, 2017)

**32 CFR Part 286** DoD Freedom of Information Act (FOIA) Program

**DA&M Memo, September 22, 2008** Requirements for the DoD FOIA Annual Report

**DOJ Handbook for Agency Annual FOIA Reports** February 2017

**Annual Report Instructions**

**Continuation Sheet, Section II. 1., a., b. & c.**

**DA&M Memo, July 10, 2008** Freedom of Information Act (FOIA) Requests FOIA Logs

**DA&M Memo, November 9, 2001** Withholding Personally Identifying Information Under the Freedom of Information Act (FOIA)

**FOID/WHS Memo, February 4, 2000** DoD Policy Regarding Freedom of Information Act (FOIA) Requests for Information Associated with Federal Grants and Other Financial Assistance

**FOID/WHS Memo, January 19, 1999** FOIA Requests from the Stars and Stripes

**FOID/WHS Memo, February 15, 1991** Routinely Deployable Units - Names and Duty Addresses

**OMB Guidelines for FOIA Fees, 1987** The Freedom of Information Reform Act of 1986; Uniform Freedom of Information Act Fee Schedule and Guidelines

**FOIA Exemption Three Statutes** This document contains a list of 5 USC § 552(b)(3) statutes (April 2017).

**DoD FOIA EO 13526 Guidance**

**An Overview of the Restricted Data and Formerly Restricted Data Classification System** - Overview of RD and FRD

You will need Adobe Acrobat®Reader™ to view PDF files located on this site. If you do not already have Adobe Acrobat® Reader™,you can **download** it here for free.

This page was last modified on: July 24, 2017

## FOIA Resources



**Your Right to Federal Records**

**DoJ Office of Information Policy**

## §508 of the Rehabilitation Act Resources

**DoD §508 Website**

**Accessibility §508 Guidelines**

Send email feedback or concerns related to accessability of this website to the **DoD Section508 website**

| | | |
|---|---|---|
| About DoD | DoD Inspector General | Join the Military |
| News | Recovery Act | DoD Careers |
| Photos & Videos | FOIA | Privacy & Security |
| Military/DoD Websites | USA.gov | Web Policy |
| Link Disclaimer | No FEAR Act | Site Map |
| Contact | | |