**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-01020 (RDM) |
| ) | |
| U.S. DEPARTMENT OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' respective cross-motions for summary judgment, the related legal memoranda in support and in opposition, and the entire record herein, and for the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that Defendant Department of the Army's Motion for Summary Judgment is DENIED; it is

FURTHER ORDERED that Plaintiff Cause of Action Institute's Cross-Motion for Summary Judgment is GRANTED; it is

FURTHER ORDERED that JUDGMENT shall be entered for Plaintiff and the matter remanded to Defendant for further action consistent with the Court's opinion; and it is

FURTHER ORDERED that this Court retain jurisdiction over this matter and require Defendant to submit a status report concerning its re-processing of the agency records at issue within thirty (30) days.

SO ORDERED.

Dated: _____                                 _____
                                                                    RANDOLPH D. MOSS
                                                                    United States District Judge